U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 3 – 2009

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| IDA M. HEAD, ET AL. | CIVIL ACTION NO. 08-1449 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | MAG. JUDGE MARK L. HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation [Doc. No. 16] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss, or in the Alternative, Motion for More Definite Statement [Doc. No. 4] is GRANTED IN PART, and Plaintiffs' claim for attorney's fees is DISMISSED WITH PREJUDICE. The Motion is otherwise DENIED.

MONROE, LOUISIANA, this 3 day of March, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE